# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

CHRISTINA NOEGEL,

    Plaintiff,

v.                                CASE NO. 1:21cv80-MW/GRJ

PARALLON ENTERPRISES LLC,

    Defendant.

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                JESSICA J LYUBLANOVITS,
                                                CLERK OF COURT

January 14, 2022                          s/*Kimberly J. Westphal*
DATE                                                    DEPUTY CLERK